# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ALAN SIMONS, | : | |
| Petitioner, | : | |
| | : | CIVIL ACTION |
| v. | : | No. 19-5074 |
| | : | |
| JOHN BROWN and | : | |
| LORRAINE BROWN, | : | |
| Respondents. | : | |

McHUGH, J.                                                                                       March 16, 2020

## ORDER

This 16th day of March, 2020, upon consideration of Simons's Petition to Vacate Arbitration Order (ECF 1) and accompanying Motion to Vacate Arbitration Award (ECF 2), the Browns' Opposition and Cross-Motion to Confirm Arbitration Award (ECF 5), and Simons's Reply and Opposition thereto (ECF 8), it is hereby **ORDERED** that Simons's Petition and Motion to Vacate are **DENIED**, and the Cross-Motion to Confirm is **GRANTED**.

                                               _/s/ Gerald Austin McHugh_
                                               Gerald Austin McHugh
                                               United States District Judge