IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| ALAN SIMONS | : | |
| :--- | :--- | :--- |
| v. | : | CIVIL ACTION NO. 19-5074 |
| JOHN BROWN | : | |

| JOHN BROWN | : | |
| :--- | :--- | :--- |
| v. | : | CIVIL ACTION NO. 22-3296 |
| ALAN SIMONS | : | |

### ORDER

This 7th day of March, 2023, for the reasons set forth in the accompanying memorandum, in Civil Action 22-3296, it is hereby **ORDERED** that Brown's Petition to Confirm Arbitration Award, set forth in ECF 1, is **GRANTED**. The Court declares the arbitration award to be valid and enforceable.

In Civil Action 19-5074, it is further **ORDERED** as follows:

1. Brown's Supplemental Motion for Attorney Fees and Costs, ECF 23, is **DENIED** as moot;

2. Simons' Motion to Enforce Settlement, ECF 29, is **DENIED** as moot; and

3. Simons' Motion to Dismiss, ECF 33, is **DENIED**.

It is further **ORDERED** that Brown shall show cause in writing within seven days any legal basis upon which his claim for breach of contract survives following confirmation of the arbitration award.

Counsel are directed to meet and confer for the purpose of submitting, within 21 days, a proposed case management order focused on any issues surrounding enforcement of the award.

/s/ Gerald Austin McHugh
United States District Judge