# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JOHN BROWN, JR.** | : | |
| | : | |
| v. | : | **CIVIL ACTION NO. 22-3296** |
| | : | |
| **ALAN SIMONS** | : | |

| | | |
|---|---|---|
| **ALAN SIMONS** | : | |
| | : | |
| v. | : | **CIVIL ACTION NO. 19-5074** |
| | : | |
| **JOHN BROWN et al.** | : | |

## ORDER

This 11th day of March, 2024, for the reasons stated in the accompanying memorandum, it is hereby **ORDERED** that Alan Simons' Motion for Leave to File a Motion for Recalculation (ECF 51, 19-5074) is **DENIED**.

/s/ Gerald Austin McHugh
United States District Judge
